ANNA WOLF v. THE CITY OF NEW YORK.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

J. & G. LIPPMANN v. PENNSYLVANIA RAILROAD COMPANY.— Application denied, with ten dollars. costs. Order signed. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

ADOLPH GOODSTONE v. WASHINGTON MANUFACTURING COMPANY.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

JULIUS PEZENIK v. J. P. GARAGE Co., INC.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

EMELIA VER-EECKE v. GREENWICH SAVINGS BANK.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

MAX WINTER v. HERZOG CLOAK AND SUIT COMPANY.— Application granted. Order signed. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

CHARLES BURKE, INC., v. HANOVER FIRE INSURANCE COMPANY.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

WILLIAM T. McDOWELL v. STAROBIN ELECTRICAL SUPPLY COMPANY. — Application granted. Order signed. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

SAMUEL BERNSTEIN and Others v. SAMUEL RUBIN.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

LESTER C. HEBBARD & Co., INC., v. ARTHUR M. BLAKE.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

LOUIS SIMON and Others v. MAX LINDEN.— Application granted. Order signed. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

FREDERICK L. KANE, as Receiver, etc., v. JOSEPH H. PARKER.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

ARTHUR TRAINA v. FIORE LUOCHESI and Others.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant comply with terms stated in order. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

DAVID ANSIN v. LEO M. COOPER and Others.— Motion granted. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

In the Matter of JAMES S. MENG, as Executor, etc., of HENRY BISCHOFF, Deceased.— Motion granted. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.